# UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

IN RE:
**KENT RAGAN SMALLEY**
Debtor(s).

Case No. 05-19168 NLJ
Chapter 7

## PAYMENT OF FUNDS TO THE CLERK
## PURSUANT TO BANKRUPTCY RULE 3010

COMES NOW, Ginger Goddard, duly appointed Trustee herein, and reports that all orders of the Court have been complied with and that pursuant to the Notice of Final Report, all checks have been issued and mailed to creditors at their last known addressed.

The following check(s) have not been mailed for the reason that the dividend to be paid to each creditor listed was under $5.00. Accompanying this report are checks payable to the Clerk of the Court for these amounts in accordance with Bankruptcy Rule 3010.

| CLAIM NUMBER- | CLAIMANT & ADDRESS | CHECK # | AMOUNT |
|---|---|---|---|
| 3- | Oklahoma Natural Gas Company<br>P O BOX 871<br>Tulsa OK 74105 | 106 | $2.25 |
| 5- | Oklahoma Natural Gas Company<br>P O BOX 871<br>Tulsa OK 74105 | 106 | $1.18 |

Respectfully submitted,

/s/ Ginger Goddard
Ginger Goddard, Trustee
224 W. Gray St Ste 202
Norman, OK  73069
(405) 329-5297